1
2
3                    UNITED STATES DISTRICT COURT
4                   SOUTHERN DISTRICT OF CALIFORNIA

5  UNITED STATES OF AMERICA,    )  Criminal Case No.  01CR1235-IEG
                                )
6                Plaintiff,     )
                                )              **ORDER**
7       v.                      )
                                )
8  KERRY KEY,                   )
                                )
9                Defendant.     )
10 _____)

11     Upon application by the Government, and good cause appearing
12 thereof,
13     IT IS HEREBY ORDERED that the Government's response and
14 opposition to Defendant's motion to reconsider the revocation of
15 supervised release and sentence be filed on June 22, 2007.
16 **DATED:  June 22, 2007**

17                                    _____
                                       **IRMA E. GONZALEZ, Chief Judge**
18                                     **United States District Court**